**D.F., by his Parent and Natural Guardian, Andrew Finkle, Plaintiff–Appellant,**

v.

**BOARD OF EDUCATION OF SYOSSET CENTRAL SCHOOL DISTRICT; James Kassebaum, both individually and in his capacity as principal of the**

Harry B. Thompson Middle School; and Carole G. Hankin, both individually and in her capacity as superintendent of the Syosset Central School District, Defendants–Appellees.

No. 05–6234–cv.

United States Court of Appeals, Second Circuit.

May 9, 2006.

E. Christopher Murray (LaDonna M. Lusher, on the brief), New York Civil Liberties Union Foundation, Garden City, NY, for Appellant.

Peter J. Biging, Lewis Brisbois Bisgaard & Smith LLP, New York, NY, for the Board of Education and Principal Kassebaum, for Appellees.

James M. Wicks (Steven N. Davi, on the brief), Farrell Fritz, P.C., Uniondale, NY, for Superintendent Hankin, for Appellees.

PRESENT: JOSÉ A. CABRANES, REENA RAGGI, Circuit Judges and RICHARD M. BERMAN, District Judge.*

## SUMMARY ORDER

Plaintiff "D.F.," through his father Andrew Finkle, appeals from a September 30, 2005 judgment of the District Court dismissing all of his claims against all defendants on the basis of the District Court's

---

* The Honorable Richard M. Berman, United States District Judge for the Southern District

September 12, 2005 Memorandum and Order, 386 F.Supp.2d 119 (E.D.N.Y.2005).

We assume the parties' familiarity with the underlying facts and procedural history.

Substantially for the reasons stated in the thoughtful and comprehensive opinion of the District Court, we conclude that judgment for the defendants was appropriate for all claims.

We have carefully considered all of D.F.'s arguments and find them without merit. The judgment of the District Court is **AFFIRMED**.